RONALD J. YENGICH #3580
YENGICH, RICH & XAIZ
Attorneys for Defendant
175 East 400 South, Suite 400
Salt Lake City, Utah 84111
Telephone: (801) 355-0320
Fax: (801) 364-6026
Email: ronaldy333@aol.com

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

MAR 1 2 2014

D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT, CENTRAL DIVISION
DISTRICT OF UTAH

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES DOUGLAS HAYES,<br><br>Defendant. | ORDER TO STRIKE JURY TRIAL AND SET FOR CHANGE OF PLEA PURSUANT TO TITLE 18, §3161<br><br>Case No. 2:14-CR-0013<br>Magistrate Robert T. Braithwaite<br>Judge Ted Stewart |
|---|---|

Based on the Motion to Strike the Jury Trial filed by defendant, James Douglas Hayes, in the above-entitled case, and good cause appearing, the court makes the following findings:

1. Defendant, James Douglas Hayes, while incarcerated, agrees with the need for a continuance of the trial.

2. Assistant United States Attorney Matthew L. Bell has been contacted by defense counsel and does not object to the Motion, and set it for a Change of Plea Hearing.

Based on the foregoing findings, it is hereby:

### ORDERED

The Jury Trial previously scheduled to begin on May 19th, 2014, is hereby Stricken, and this matter is set for a Change of Plea hearing the 7th day of July, 2014, at __1:50p__ .m. Pursuant to 18 U.S.C. § 3161(h), the Court finds that the ends of justice served by such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, the time between the date of this order and the new trial date set forth above is excluded from speedy trial computation for good cause.

SIGNED BY MY HAND this __12th__ day of March, 2014.

_____
United States ~~District Court~~ Judge
Magistrate