IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>JAMES DOUGLAS HAYES,<br><br>　　　　　　　Defendant. | ORDER ADOPTING REPORT AND RECOMMENDATION ON THE ISSUE OF STANDING<br><br><br>Case No. 2:14-CR-13 TS<br><br>District Judge Ted Stewart |

　　　　Defendant James Douglas Hayes filed a Motion to Suppress on September 15, 2014. The Motion to Suppress was referred to Magistrate Judge Robert T. Braithwaite pursuant to 28 U.S.C. § 636(b)(1)(B), who issued a Report and Recommendation on February 9, 2015. Magistrate Judge Braithwaite recommended that the Motion to Suppress be denied in part due to a lack of standing as to two of the four claims raised in Defendant's Motion. Objections to the Report and Recommendation were due by February 23, 2015. Neither party has filed an objection.

　　　　Having considered the Report and Recommendation, it is hereby

　　　　ORDERED that the Magistrate Judge's Report and Recommendation (Docket No. 106) is ADOPTED IN FULL. It is further

　　　　ORDERED that Defendant's Motion to Suppress (Docket No. 85) is DENIED IN PART as to claims three and four for lack of standing. It is further

1

ORDERED that the time from the filing of the Motions to Suppress—September 15, 2014—through the date of this Order, is excluded from the computation of the Speedy Trial Act time pursuant to 18 U.S.C. § 3161(h)(1)(D) and (H).

The parties are directed to contact the Magistrate Judge within fourteen (14) days of this Order to set this matter for further proceedings on the remaining issues contained in Defendant's Motion to Suppress.

DATED this 24th day of February, 2015.

                BY THE COURT:

                _____
                Ted Stewart
                United States District Judge