IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JAMES DOUGLAS HAYES,<br><br>　　　　　　Defendant. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br>Case No. 2:14-CR-13 TS<br><br>District Judge Ted Stewart |

　　　　Defendant James Douglas Hayes filed a Motion to Suppress on September 15, 2014.  The Motion to Suppress was referred to Magistrate Judge Robert T. Braithwaite pursuant to 28 U.S.C. § 636(b)(1)(B), who issued a Report and Recommendation on February 24, 2016. Magistrate Judge Braithwaite recommended that the Motion to Suppress be denied.[1]  Neither party has filed an objection.

　　　　Having considered the Report and Recommendation, it is hereby

　　　　ORDERED that the Magistrate Judge's Report and Recommendation (Docket No. 138) is ADOPTED IN FULL.  It is further

　　　　ORDERED that Defendant's Motion to Suppress (Docket No. 85) is DENIED.  It is further

---

[1] The Court previously denied part of Defendant's Motion to Suppress for lack of standing.  *See* Docket No. 110.

ORDERED that the time from the filing of the Motion to Suppress—September 15, 2014—through the date of this Order, is excluded from the computation of the Speedy Trial Act time pursuant to 18 U.S.C. § 3161(h)(1)(D) and (H).

The parties are directed to contact the Magistrate Judge within seven (7) days of this Order to set this matter for further proceedings.

DATED this 15th day of March, 2016.

BY THE COURT:

Ted Stewart
United States District Judge